tion for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bernard Titche* for petitioners. *Mr. Mark McMahon* for respondents.

No. 971. JEANETTE L. MACKELVIE *v.* MUTUAL BENEFIT LIFE INSURANCE COMPANY OF NEWARK, NEW JERSEY. April 23, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William Wallace, Jr.,* for petitioner. *Mr. Charles E. Hughes, Jr.,* for respondent.

No. 995. GALVESTON CAUSEWAY CONSTRUCTION COMPANY ET AL. *v.* GALVESTON, HARRISBURG & SAN ANTONIO RAILWAY COMPANY ET AL. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. *Per Curiam,* April 30, 1923, amended June 4, 1923. The petition for certiorari in this case is denied. *Mr. Presley K. Ewing, Mr. Wilmer S. Hunt* and *Mr. Joseph A. McCullough* for petitioners. No appearance for respondents.

No. 899. CHARLES E. ALBURY *v.* BENJAMIN E. DYSON, UNITED STATES MARSHAL, ETC. April 30, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. J. Barco* and *Mr. Harry Hawkins* for petitioner. No brief filed for respondent.

No. 805. LEHIGH & HUDSON RIVER RAILWAY COMPANY *v.* FLORENCE M. OTTERSTEDT, ON BEHALF OF HERSELF AND MINOR CHILDREN. April 30, 1923. Petition for a writ of certiorari to the Third Department, Appellate Division, of the Supreme Court of the State of New York denied. *Mr. John J. Beattie* for petitioner. *Mr. E. Clarence Aiken* for respondent. [See *ante,* 727.]